MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 906
Brooklyn, New York 11201

Phone (718) 488-7788

FILED VIA ECF

The Honorable Shira A. Scheindlin
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10038

April 7, 2015 .

RE: Gillis v the City of NY, et al
13-cv-6786

Dear Judge Scheindlin:

    I represent the plaintiff in this action for violation of his civil rights. I believe that the Court's last instruction on this matter was to provide information on the status of the pending underlying criminal action in this case as soon as it became available .

    The plaintiff's underlying criminal case was dismissed on April 6, 2015 in Part JP-1 of Staten Island Criminal Court before Judge Rodriguez.

    Given the foregoing, I believe that the plaintiff now has viable claims for false arrest, false imprisonment and malicious prosecution and I have prepared an amended complaint reflecting these causes of action. A copy of same is attached to this letter. I am requesting permission to amend the complaint as indicated with the consent of my adversary from the Law Department .

    I am providing this information for whatever use the Court deems appropriate.

    I thank the Court for its attention and consideration.

MC/ll

Very Truly Yours,
 /s/ Signed

Michael Colihan

cc: Law Department