```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Mark Gillis,

                                   Plaintiff,

                 -against-

City of New York; Sergeant Albert Anzelone; Police Officer
Andrew Babajko; Sergeant Deonarine Singh; Police Officer
Justin Solomon; and Police Officer John Doe 1 - 10;

                                  Defendants.
------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

13 Civ. 6786 (SAS) (RLE)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

       2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of

enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     , 2015

MICHAEL COLIHAN
*Attorney for Plaintiff*
44 Court Street, Room 906
Brooklyn, NY 11201

By: _____ MC-0826
  Michael Colihan
  *Attorney for Plaintiff*

HARVIS, WRIGHT & FETT, LLP
Baree N. Fett
Gabriel P. Harvis
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007

By: _____

  *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
  Melanie Speight
  *Assistant Corporation Counsel*

SO ORDERED

_____
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

Dated: Aug. 10, 2015